# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAMMY LOGAN,<br><br>　　　　　　Plaintiff,<br>vs.<br><br>THE PRUDENTIAL INSURANCE COMPANY OF AMERICA; and DOES 1 to 10, inclusive,<br><br>　　　　　　Defendants. | Case No.: 2:20−CV−01742−KJM−JDP<br><br>Action Filed: August 31, 2020<br>Assigned to:<br>District Judge Kimberly J. Mueller<br>Magistrate Judge Jeremy D. Peterson<br><br>Trial Date: December 17, 2021 |

**ORDER RE STIPULATION TO CONTINUE MOTION CUT-OFF DATE**

Before the Court is the parties' Stipulation to Continue the Motion Cut-Off date. Based upon the stipulation of the parties and for good cause shown, **IT IS HEREBY ORDERED** that the last day on which motions will be heard is continued to October 8, 2021.

DATED: August 20, 2021.

_____
CHIEF UNITED STATES DISTRICT JUDGE

Case No : 2:20−CV−01742−KJM−JDP

