**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| TAMMY LOGAN, | Case No. 2:20-cv-01742-KJM-JDP |
| Plaintiff, | **ORDER RE THE PARTIES' JOINT STATUS REPORT AND STIPULATION** |
| vs. | |
| THE PRUDENTIAL INSURANCE COMPANY OF AMERICA; and DOES 1 to 10, inclusive, | Judge: Hon. Kimberly J. Mueller |
| Defendants. | |

The Court, having reviewed the Joint Status Report and Stipulation filed by defendant THE PRUDENTIAL INSURANCE COMPANY OF AMERICA ("Prudential") and plaintiff TAMMY LOGAN ("Plaintiff"), and finding good cause therefore, hereby GRANTS the parties' Stipulation and Orders as follows:

(1) All statements in the Court's November 9, 2022 Order [Dkt. No. 34] that Plaintiff "is entitled to benefits from June 19, 2019 through July 2, 2021" are hereby deemed stricken and replaced with the statement that Plaintiff "is entitled to benefits from July 3, 2019 to July 2, 2021;"

(2) Prudential shall file a motion requesting leave to conduct limited discovery on the benefit calculation issue with the following briefing schedule and proposed hearing date:

1  • Prudential's Motion Due:           January 13, 2023
2  • Plaintiff's Opposition Due:        January 27, 2023
3  • Prudential's Reply Due:            February 10, 2023
4  • Proposed Hearing Date:             February 17, 2023 @ 10:00 a.m.

5    (3)   Plaintiff shall file a motion requesting that the Court enter an order
6 determining the amount of the offset on this issue with the following briefing schedule
7 and proposed hearing date:

8  • Plaintiff's Motion Due:            January 13, 2023
9  • Prudential's Opposition Due:       January 27, 2023
10 • Plaintiff's Reply Due:             February 10, 2023
11 • Proposed Hearing Date:             February 17, 2023 @ 10:00 a.m.

12   (4)   Briefing on Plaintiff's claim for attorneys' fees, costs, and interest shall
13 be tabled until the outstanding issues are resolved; and

14   (5)   The parties will file joint status reports advising the Court of the status of
15 the outstanding issues every 30 days, with the first joint report due 30 days after the
16 Court issues a decision on the parties' motions.

17   **IT IS SO ORDERED.**

19 Dated:  December 13, 2022

CHIEF UNITED STATES DISTRICT JUDGE