1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| TAMMY LOGAN, ) | Case No. 2:20-cv-01742-KJM-JDP |
| Plaintiff, ) | **ORDER RE THE PARTIES' JOINT STATUS REPORT AND STIPULATION** |
| vs. ) | |
| THE PRUDENTIAL INSURANCE COMPANY OF AMERICA; and DOES 1 to 10, inclusive, ) | Judge:  Hon. Kimberly J. Mueller |
| Defendants. ) | |

17

The Court, having reviewed the Joint Status Report and Stipulation filed by defendant THE PRUDENTIAL INSURANCE COMPANY OF AMERICA ("Prudential") and plaintiff TAMMY LOGAN ("Plaintiff"), and finding good cause therefore, hereby GRANTS the parties' Stipulation and Orders as follows:

(1)     The deadline for the parties to file a joint status report regarding the attorneys' fees and costs issues is extended to June 12, 2023;

///
///
///
///
///

180424.1

1      (2)    If the parties are unable to resolve the outstanding issues by June 12,

2  2023, their joint status report should contain a proposed briefing schedule to address

3  those issues.

4      **IT IS SO ORDERED.**

5

6  Dated:  May 11, 2023.

7

8                             CHIEF UNITED STATES DISTRICT JUDGE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

180424.1