# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAMMY LOGAN,<br><br>　　　Plaintiff,<br><br>　　vs.<br><br>THE PRUDENTIAL INSURANCE COMPANY OF AMERICA; and DOES 1 to 10, inclusive,<br><br>　　　Defendants. | Case No. 2:20-cv-01742-KJM-JDP<br><br>**ORDER GRANTING STIPULATION REGARDING ATTORNEYS' FEES, COSTS, AND INTEREST** |

The Court, having reviewed the parties' Stipulation Regarding Attorneys' Fees, Costs, and Interest, and good cause appearing therefor, hereby **GRANTS** the Stipulation and Orders as follows:

(1) Prudential shall pay to Plaintiff a total of $329,000 for attorneys' fees and costs by checks made payable to "McKennon Law Group PC" within 21 days of the date of this Order;

(2) Prudential shall pay to Plaintiff a total of $1,000 for interest by checks made payable to "Tammy Logan" and sent c/o McKennon Law Group PC within 21 days of the date of this Order;

(3) Payment by Prudential of the amounts set forth above disposes of all remaining outstanding issues in this litigation; and

(4)     The parties shall cause to be filed a joint stipulation for dismissal of this action in its entirety as to all defendants with prejudice on the date the checks for attorneys' fees, costs, and interest are delivered to Plaintiff's counsel.

**IT IS SO ORDERED.**

Dated:  August 22, 2023.

_____
CHIEF UNITED STATES DISTRICT JUDGE