# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAMMY LOGAN, <br><br> Plaintiff, <br><br> vs. <br><br> THE PRUDENTIAL INSURANCE COMPANY OF AMERICA; and DOES 1 to 10, inclusive, <br><br> Defendants. | Case No. 2:20-cv-01742-KJM-JDP <br><br> **ORDER GRANTING STIPULATION TO DISMISS ENTIRE ACTION WITH PREJUDICE** <br><br> Chief Judge: Hon. Kimberly J. Mueller |

Based upon the stipulation of the parties and for good cause shown, IT IS HEREBY ORDERED that this action, Case No. 2:20-cv-01742-KJM-JDP, is dismissed in its entirety as to all defendants with prejudice.

IT IS HEREBY FURTHER ORDERED, that except as previously ordered by the Court in its August 23, 2023 Order [Dkt. No. 54], each party shall bear her or its own attorneys' fees and costs.

**IT IS SO ORDERED.**

Dated: August 31, 2023.

CHIEF UNITED STATES DISTRICT JUDGE